

ANTHONY J. IACULLO, ESQ.
**Partner**
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
T: 973.809.3702
F: 973.325.7467
E-mail: aiacullo@mblawfirm.com

June 18, 2026

<u>Via ECF</u>
Edward S. Kiel, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      **RE:**   **United States v. Russell Lynn Davis**
             **Case No. 1:24-cr-00691-ESK**

Dear Judge Kiel:

We represent Defendant Russell Lynn Davis ("Defendant") in the above matter, who is scheduled for sentencing on June 24, 2026. We write to respectfully request a short adjournment of this date as an emergent client matter has arisen and I will have to leave the State next week. Assistant United States Attorney Rachelle Navarro has no objection to our request.

Additionally, I will be out of the office on July 9 and 10 and would respectfully request the matter be scheduled after that date.

Thank you for the Court's consideration in this matter.

                Respectfully submitted,

                */s/ Anthony J. Iacullo*
                ANTHONY J. IACULLO

AJI/sw
cc:    Rachelle Navarro, Assistant United States Attorney